**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 09-cr-00018-WYD-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

VIKKI VAWN LENSING,

        Defendant.

---

**ORDER FOR TRANSPORT OF THE DEFENDANT
BY THE UNITED STATES MARSHALS SERVICE**

---

        This matter comes before the Court upon report of the Probation Officer concerning the defendant being transported for a clinical breast exam and mammogram. The Court having determined that Defendant is unable to afford these services, it is

        ORDERED that should the defendant qualify for a free clinical breast exam and mammogram which the American Cancer Society will pay for, that the United States Marshals Service will transport the defendant from Mesa County Jail to St. Mary's Family Practice, 1160 Patterson Road, Entrance 42 in Grand Junction, Colorado, on November 10, 2009, at 10:00 a.m. for the purpose of a clinical breast exam. The United States Marshals Service will also transport the defendant to Pavilion Imaging, 750 Wellington Avenue, Grand Junction, Colorado, on November 10, 2009, at 11:20 a.m. for a mammogram exam.

        DATED at Denver, Colorado, this 3rd day of November, 2009.

        BY THE COURT:

        s/ Wiley Y. Daniel
        Wiley Y. Daniel
        Chief United States District Judge