UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00018-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. VIKKI VAWN LENSING,

      Defendant.

---

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      A supervised release violation hearing is set in the above-captioned case for **Friday, January 29, 2010 at 10:00 a.m.**  The parties are instructed to file a joint motion should they wish to attend the hearing via video-teleconference.

      Dated:  December 2, 2009