UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00018-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. VIKKI VAWN LENSING,

    Defendant.

**MINUTE ORDER**

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A supervised release violation hearing is set in the above-captioned case for **Monday, October 4, 2010, at 1:30 p.m.**

    Dated: September 2, 2010