**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 09-cr-00018-WYD-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

VIKKI VAWN LENSING,

        Defendant.

---

**ORDER CONTINUING SUPERVISED RELEASE**

---

        THIS MATTER was before the Court for a supervised release violation hearing on October 4, 2010, upon report of the probation officer that the defendant has violated the terms and conditions of his supervision. The defendant admits to violations number 1 and 2, as alleged in the probation officer's petition. It is therefore

        ORDERED that Defendant's term of supervised release be continued and the conditions of supervised release shall remain in full force and effect during the pendency of this proceeding. It is

        FURTHER ORDERED that the defendant disclose all employment activities to the probation officer. The disposition hearing is scheduled for April 4, 2011, at 1:30 p.m. If the defendant adheres to the conditions of supervised release, the probation officer may request the hearing be vacated prior to April 4, 2011.

        DATED at Denver, Colorado, this 8th day of October, 2010.

        BY THE COURT:

        s/ Wiley Y. Daniel
        Wiley Y. Daniel
        Chief United States District Judge