**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 09-cr-00018-WYD-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

VIKKI VAWN LENSING,

        Defendant.

---

**ORDER VACATING DISPOSITION HEARING**

---

        This matter comes to the attention of the Court upon report of the probation officer of this Court, that the Defendant has now adjusted satisfactorily to the terms and conditions of his supervised release.  Accordingly, it is

        ORDERED that the disposition hearing scheduled for April 4, 2011, is vacated and the supervised release violation petition, filed August 30, 2010, is hereby dismissed.  It is

        FURTHER ORDERED the defendant's supervised release is continued under the original of this Court.

        Dated:  April 1, 2011

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Chief United States District Judge